COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name: Michael Wayne Cantu v. The State of Texas

Appellate case number: 01-10-00876-CR

Trial court case number: 08-DCR-049734A

Trial court: 400th District Court of Fort Bend County

On October 11, 2012, this court issued a memorandum opinion in this case with the notation "do not publish." Appellant filed a motion requesting this court change the notation from "do not publish" to "publish." *See* Tex. R. App. P. 47.2(b).

The motion is **granted**. Attached to this order as an appendix is a copy of the court's opinion bearing the notation "publish."

It is so ORDERED.

Judge's signature: /s/ Justice Huddle
⊠Acting individually ☐ Acting for the Court

Date: December 7, 2012